No. 389. JOHN H. BREDE *v.* JAMES M. POWERS, UNITED STATES MARSHAL. Appeal from the District Court of the United States for the Eastern District of New York.
No. 410. MARY PARTRIDGE *v.* J. E. CROSBIE ET AL. Error to the Supreme Court of the State of Oklahoma.

261 U. S. Cases Disposed of Without Consideration by the Court.

No. 418. SAMUEL HOMER WOODBRIDGE ET AL., EXECUTORS, ETC., *v.* UNITED STATES. Appeal from the Court of Claims.

No. 651. STATE OF ARKANSAS EX REL. JEFFERSON BLACK *v.* BOARD OF DIRECTORS OF SCHOOL DISTRICT 16, MONTGOMERY COUNTY, ARKANSAS. Error to the Supreme Court of the State of Arkansas. February 19, 1923. These cases will severally stand dismissed under the 10th Rule unless the deposit for printing the record is made on or before March 5 next. *Mr. Morris Kamber* and *Mr. Robert H. Elder* for appellant, and *The Attorney General* for appellee, in No. 389. *Mr. Henry B. Martin* for plaintiff in error, and *Mr. A. A. Davidson* and *Mr. Preston C. West* for defendants in error, in No. 410. *Mr. H. P. Doolittle* and *Mr. Rufus S. Day* for appellants, and *The Attorney General* for the United States, in No. 418. *Mr. R. G. Davies* for plaintiff in error; no appearance for defendant in error, in No. 651. [See *post,* 629, as to No. 410.]